**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: A.H., A MINOR     :   No. 571 MAL 2019
                                       :
                                       :
PETITION OF: J.K., MOTHER              :   Petition for Allowance of Appeal from
                                       :   the Order of the Superior Court


## ORDER


**PER CURIAM**

    **AND NOW**, this 5th day of November, 2019, the Petition for Allowance of Appeal is **DENIED**.